UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS RAPER

    Plaintiff,

v.                                                                           CASE NO.: 8:18-cv-00920-MSS-AEP

USAA SAVINGS BANK,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** DOUGLAS RAPER, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, DOUGLAS RAPER, and Defendant, USAA SAVINGS BANK, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 7th day of September, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                        Respectfully submitted,

                                                         /s/Heather H. Jones
                                                         Heather H. Jones, Esq.
                                                         Florida Bar No. 0118974
                                                         William "Billy" Peerce Howard, Esq.
                                                         Florida Bar No. 0103330
                                                         THE CONSUMER PROTECTION FIRM, PLLC
                                                         4030 Henderson Blvd.
                                                         Tampa, FL 33629
                                                         Telephone: (813) 500-1500, ext. 205
                                                         Facsimile: (813) 435-2369
                                                         Heather@TheConsumerProtectionFirm.com
                                                         Billy@TheConsumerProtectionFirm.com
                                                         *Attorney for Plaintiff*