**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DOUGLAS RAPER

    Plaintiff,

v.                                                      CASE NO.: 8:18-cv-00920-MSS-AEP

USAA SAVINGS BANK,

    Defendant.

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

    COMES NOW, Plaintiff Douglas Raper and Defendant USAA Savings Bank, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

    Respectfully submitted on October 10, 2018.

| | |
|---|---|
| /s/ Heather H. Jones | /s/ Nora K. Cook |
| Heather H. Jones, Esq. | Nora K. Cook, Esq. (Pro Hac Vice) OBN:86399 |
| Florida Bar No.: 0118974 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP |
| William "Billy" Peerce Howard, Esq. | 200 Public Square, Suite 2300 |
| Florida Bar No.: 0103330 | Cleveland, OH 44114 |
| THE CONSUMER PROTECTION FIRM, PLLC | Tel (216) 363-4500 |
| 4030 Henderson Blvd. | ncook@beneschlaw.com |
| Tampa, FL  33629 | |
| Tel (813) 500-1500/Fax: (813) 435-2369 | /s/ Ryan C. Reinert |
| Heather@TheConsumerProtectionFirm.com | Ryan C. Reinert, Esq. |
| Billy@TheConsumerProtectionFirm.com | Florida Bar No.: 81989 |
| *Attorneys for Plaintiff* | SHUTTS & BOWEN LLP |
| | 4301 W. Boy Scout Blvd., Suite 300 |
| | Tampa, FL  33607 |
| | Tel (813) 227-7173 |
| | rreinert@shutts.com |