UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DOUGLAS RAPER,**

    Plaintiff,

v.                                Case No: 8:18-cv-920-T-35AEP

**USAA SAVINGS BANK,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice, (Dkt. 28), and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of October, 2018.

                                                MARY S. SCRIVEN
                                                UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party